**Opinion issued August 27, 2015**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-15-00692-CV**

_____

**IN RE MOTHER DOE AND FATHER DOE, INDIVIDUALLY AND AS NEXT FRIENDS OF JOHN DOE AND JANE DOE, Relators**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relators, Mother Doe and Father Doe, Individually and as Next Friends of John Doe and Jane Doe, have filed a petition for writ of mandamus, arguing that the trial court[1] abused its discretion when it granted the real party in interest's Motion to Strike Adult Plaintiffs' Use of Pseudonyms.

---

[1]     The respondent is the Honorable Theresa Chang of the County Civil Court at Law No. 2 of Harris County.  The underlying suit is *Mother Doe and Father Doe,*

We **deny** the petition for writ of mandamus. We further **deny** the real party in interest's motion for sanctions.

## PER CURIAM

Panel consists of Chief Justice Radack and Justices Bland and Huddle.

---

*Individually and as Next Friends of John Doe and Jane Doe v. Beth Yeshurun Day School*, No. 1045092 (County Civil Court at Law No. 2., Tex.).

2